IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 3:20-cv-00015 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $9,280.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF DEFAULT

Based on the United States' request to enter default, the Clerk of Court, in accordance with Federal Rule of Civil Procedure 55(a), does hereby enter default of any and all persons claiming an interest in the defendant property, including but not limited to Terry Andre Barnes, Jr. and Sandra Avalos, for failure to pursue and/or timely claim, answer or otherwise appear in this action after notice was provided pursuant to Supplemental Rule G.

Dated:_____

_____
Clerk of the Court
Southern District of Iowa